JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REMEDIAL CIVIL CONSTRUCTORS, INC., a California corporation,<br><br>Defendant. | CASE NO.: CV-10-2660 VBF (PJWx)<br><br>ASSIGNED TO THE HONORABLE VALERIE BAKER FAIRBANK<br><br>[FED. R. CIV. PROC. 55(b)(2)]<br><br>**[PROPOSED]** JUDGMENT<br><br><u>Hearing Date</u><br><br>Date:       August 2, 2010<br>Time:       1:30<br>Courtroom:  9 |

After full consideration of the evidence and authorities submitted by counsel, and for good cause shown:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiffs, the Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust shall recover from defendant Remedial Civil Constructors, Inc., a California corporation, the principal amount of $27,520.42, plus attorney's fees of $3,885.50 and costs of

1  $451.65, plus post-judgment interest as provided by law from the date of entry of the
2  judgment herein.
3
4
5  Dated: July 20, 2010          _____
6                                 HONORABLE VALERIE BAKER FAIRBANK
                                   UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28